IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MARTIN RICHARDSON,

        Petitioner,

v.

UNITED STATES OF AMERICA,

        Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-417-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that petitioner Martin Richardson's motion for post conviction relief under 28 U.S.C. § 2255 is DENIED.

By: _L. Jensen, Deputy Clerk_
    Peter Oppeneer, Clerk of Court

_5/24/2011_
    Date